People v Bunting (2025 NY Slip Op 06615)

People v Bunting

2025 NY Slip Op 06615

Decided on November 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
PAUL WOOTEN
PHILLIP HOM
ELENA GOLDBERG VELAZQUEZ, JJ.

2024-11916

[*1]The People of the State of New York, respondent,
v
Christophe A. Bunting, appellant. (S.C.I. No. 71984/24)

Samuel S. Coe, White Plains, NY, for appellant.
Susan Cacace, District Attorney, White Plains, NY (Jill Oziemblewski of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Westchester County (Evan Inlaw, J.), rendered October 22, 2024, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255), as well as his contention that the sentence constituted cruel and unusual punishment (see People v Archer, 239 AD3d 763, 764; People v Escobargarcia, 237 AD3d 1221, 1222).
DUFFY, J.P., WOOTEN, HOM and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court